UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

## CIVIL MINUTES – GENERAL

Case No.   2:25-cv-01129-KS                                                Date: June 30, 2025

Title      *Melanie Delapaz v. Garys Pit Stop, Inc. et al*

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:            Attorneys Present for Defendants:

**Proceedings: (IN CHAMBERS) ORDER GRANTING PLAINTIFF'S NOTICE OF DISMISSAL [DKT. NO. 17]**

On February 10, 2025, Plaintiff Melanie Delapaz initiated this civil rights action by filing a complaint against Gary's Pit Stop, Inc., SYRINX LLC, and ten Doe defendants. (Dkt. No. 1.) Defendant SYRINX LLC filed an answer on March 18, 2025. (Dkt. No. 8.) The remaining defendants have not appeared in this action.

On June 5, 2025, Plaintiff filed a Notice of Settlement stating that the parties reached an agreement to settle the entire case. (Dkt. No. 15.) On June 9, 2025, the Court issued an Order vacating all dates and deadlines set in this action and ordering the parties to file their settlement documents and a stipulated dismissal on or before July 9, 2025. (Dkt. No. 16.) Plaintiff timely filed a Notice of Voluntary Dismissal on June 27, 2025 in which she requests that the Court dismiss this action with prejudice. (Dkt. No. 17.)

Rule 41 of the Federal Rules of Civil Procedure permits a plaintiff to voluntarily dismiss an action without court order by filing a notice of dismissal before the opposing party serves an answer (or motion for summary judgment) or a stipulation of dismissal signed by all parties who have appeared. Fed. R. Civ. P. 41(a)(1)(A). Otherwise, the Court may dismiss an action at the plaintiff's request only by court order and on terms that the Court considers proper. Fed. R. Civ. P. 41(a)(2). In light of the Notice of Settlement (Dkt. No. 15) and the Court's previous Order (Dkt. No. 16), the Court grants Plaintiff's request to voluntarily dismiss this action and orders that this action is DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

:

**Initials of Preparer**   gr